1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

2    Name: STANLEY      RODRIC      P.

3        *(Last)*       *(First)*       *(Middle Initial)*

4    Prisoner Number:   CC18K0926

5    Institutional Address:   5555 GIANT HIGHWAY

6       RICHMOND CA, 94806

**FILED**

Feb 02 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8        **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA**

10   RODRIC PETRECE STANLEY JR.
    *(Enter your full name.)*

11

12            vs.

13   MARTINEZ DETENTION FACILITY;

14   WEST COUNTY DETENTION FACILITY

15   COOKS AND KITCHEN STAFF DIETICIAN
    *(Enter the full name(s) of the defendant(s) in this action.)*

Case No.   4:21-cv-00832 KAW
*(Provided by the clerk upon filing)*

**COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983**

16

17   **I. Exhaustion of Administrative Remedies.**

18   **Note:** *You must exhaust available administrative remedies before your claim can go*
19         *forward. The court will dismiss any unexhausted claims.*

20   A.    Place of present confinement _____

21   B.    Is there a grievance procedure in this institution?    **YES** ☒     **NO** ☐

22   C.    If so, did you present the facts in your complaint for review through the grievance

23       procedure?    **YES** ☒     **NO** ☐

24   D.    If your answer is YES, list the appeal number and the date and result of the appeal at each

25       level of review. If you did not pursue any available level of appeal, explain why.

26        1. Informal appeal: 7/27/2020 — 8/6/2020 - 8/6/2020 — 9/25, 2020 -

27       9/29/2020 — 1/11/2021 — 1/19/2021

28

PRISONER COMPLAINT (rev. 8/2015)
*Page 1 of 3*

1        2. First formal level: _____

2    _____

3    _____

4        3. Second formal level: _____

5    _____

6    _____

7        4. Third formal level: _____

8    _____

9    _____

10   E.   Is the last level to which you appealed the highest level of appeal available to you?

11           **YES** ☒     **NO** ☐

12   F.   If you did not present your claim for review through the grievance procedure, explain why.

13   _____

14   _____

15   _____

16   **II.   Parties.**

17   A.   Write your name and present address.  Do the same for additional plaintiffs, if any.

18   5555 GIANT HIGHWAY   RICHMOND  CA  94806

19   _____

20   _____

21   B.   For each defendant, provide full name, official position and place of employment.

22   ALL COOKS AND HEADCOOK AZTIAN  EMPLOYED AT

23   MARTINEZ DETENTION FACILITY AND WEST COUNTY DETENTION

24   FACILITY COUNT JAIL IN CONTRA COSTA COUNTY

25   _____

26   _____

27   _____

28   _____

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

### III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

IVE BEEN INCARCERATED INSIDE OF CONTRA COSTA COUNTY JAILS
SINCE SEPTEMBER 25, 2018 I DID NOT EAT THERE FOOD BECAUSE
IT LOOKED WEIRD. SO I DEPENDANT ON COMMISSARY UNTILL
MARCH 2020 THINGS GOT DIFFICULT FOR THE SUPPORT I HAD
SO I HAD TO RELY ON THE COUNTY JAIL FOOD TO EAT,
APRIL 8, 2020 I ATE MEAT THATS PROVIDED BY THE COUNTY AND
HAD A SERIOUS ALLERGIC REACTION, SWELLING OF THE THROUGHT
FEET AND HANDS, NAUSEA, AND HIVES, THE COUNTY JAIL MEALS ARE
95% SOY BASED ALMOST EVERY MEAL IS CONTAINED BY SOY.
I WAS ALREADY ALLERGIC TO ALMONDS, EGGS, AND BEANS SO I
WAS PLACED ON A VEGATARIAN DIET, WHICH IM NOT A VEGATARIAN
THE AMOUNT GIVEN WAS AND IS UNDER 1000 CALARIES AND LESS FINAL
THAN 24 GRAMS OF PROTIEN THERE IS NO HIGH PROTIEN.
BEFOR PLACED ON THE DIET I WAS FED THE THINGS I AM ALLERGIC TO

### IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

TO CONSIDER OTHERS LIKE MYSELF WHO MAY BE ALLERGIC
TO A VARIETY OF THINGS AND TO MAKE BETTER MEALS FOR
PEOPLE AS MYSELF AND TO GRANT COMPENSATORY DAMAGES
IN THE AMOUNT OF $130,000.00 ONE HUNDRED AND THIRTY THOUSAND
AGINSTS DEFENDANTS JOINTLY AND SEVERALLY AND JURY TRIAL ON ALL
ISSUES TRIABLE BY JURRY

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: __JANUARY 19, 2021__

_Date_                          _Signature of Plaintiff_

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF,

V.

MARTINEZ DETENTION FACILITY;
WEST COUNT DETETION FACILITY
COOKS AND KITCHEN STAFF

COMPLAINT

DEFENDANTS.

## I. JURISDICTION AND VENUE

1. THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C SECTION 1983 TO REDRESS THE DERIVATION UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C SECTION 1331 AND 1343 (A) (3). PLAINTIFF STANLEY SEEKS DECLARATORY RELIEF PURSUANT TO 28. U.S.C SECTION 2201 AND 2202, PLAINTIFF STANLEY CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 AND 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

2. THE NORTHERN DISTRIC OF CALIFORNIA IS AN APPROPRIATE VENUE UNDER 28 U.S.C SECTION 1391 (B) (2) BECAUSE IT IS WHERE THE EVENTS RISE TO THIS CLAIM OCCURRED.

## II. PLAINTIFF

3. PLAINTIFF RODRIC PETRECE STANLEY JR. IS AND WAS AT ALL TIMES MENTIONED HEREIN A INMATE AT CONTRA COSTA COUNTY DETENTION FACILITY IN CUSTODY OF BOTH MARTINEZ DETENTION FACILITY AND WEST COUNTY DETENTION FACILITY. HE IS CURRENTLY CONFINED IN WEST COUNTY DETENTION FACILITY.

## III. DEFENDANTS.

4. CONTRA COSTA COUNTY COOKS AND KITCHEN STAFF IS ASSIGNED COOKS AND STAFF WHO PROVIDE EACH INDIVIDUAL MEALS, DIETS, AND ALLERGY FOOD TO INMATES IN CONTRA COSTA COUNTY JAILS WHO ARE RESPONSIBLE FOR EACH MEAL PROVIDED TO EACH INMATE.

5. CONTRA COSTA COUNTY COOKS AND STAFF IS SUED TOGETHER AND IN DEFENDANTS OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT DEFENDANTS ACTED UNDER COLOR OF STATE LAW.

## IV. FACTS.

6. On APRIL 8. 2020 PLAINTIFF ATE SOY MEAT FOR THE FIRST TIME WHICH IS PROVIDED TO INMATES IN CONTRA COSTA COUNTY. BY THE KITCHEN COOKS. DUE TO THE PANDIMIC PLAINTIFF FAMILY SUFFERED FROM IT DUE TO CLOSURE OF BUISNESSES. WHICH STOP PLAINTIFF FROM GETTING MONEY PLACED ON HIS BOOKS FOR PLAINTIFF STANLEY TO ORDER FROM COMMISSARY. CAUSING STANLEY TO RELY ON EATING COUNTY ISSUED FOOD. PLAINTIFF HAD A ALLERGIC REACTION. AFTER TAKEN A FEW BITES.. PLAINTIFF SUFFERED FROM THE SOY BASED MEAT WITH HIVES. AND SWELLING OF ANKLES AND THROUGHT ABOUT THE REACTIONS. (MEDICAL R.N) ETHAN PROVIDED HIM WITH A MEDICAL STANLEY WAS SEEN BY MEDICAL AND WROTE ON INMATES REQUEST SLIP SLIP DESCRIBING PLAINTIFF ALLERGIES. WHICH WAS (EGGS, BALONEY, BEANS, RICE ALMONDS, AND SOY) COOKS WERE NOTIFIED WITH A COPY AS WELL. (MEDICAL SLIP ATTACHED)

7. ON APRIL 19, 2020 THE COOKS INSIDE MARTINEZ DETENTION FACILITY SENT STANLY SOY MEAT AS WELL AS BALONEY DISREGUARDING STANLEY HEALTH STANLEY NOTIFIED DEPUTIES THAT HE WAS ALLERGIC TO SOY AND BALONEY DEPUTY ALFARO CALLED THE COOKS IN THE KITCHEN TO NOTIFY THEM AND THE COOK TOLD DEPUTY ALFARO "THE MEAT WAS NOT SOY" DEPUTY ALFARO RELYED THE COMMENT THE COOK SAID. AND STANLEY HE IS NOT EATING THAT MEAT. DEPUTY ALFARO DOCUMENTED STANLEY (REFUSED HIS MEAL. STANLEY WROTE MEDICAL Dr. JESSICA C STANDISH (GRIEVANCE ATTACHED) Dr. STANDISH NOTIFVED THE COOKS OF ALL ALLERGIES.

8. DUE TO THESE INCIDENTS STANLEY SPOKE TO HIS FAMILY AND LET THEM NO WHAT WAS GIVEN ON. PLAINTIFF DESIDED THEY RATHER GO WITHOUT A LITTLE WHILE TO PROVIDE STANLEY TO ORDER FROM COMMISSARY. STANLEY WENT ON A HUNGER STRIKE APRIL 20, 2020.

9. ON APRIL 28, 2020 STANLEY WAS STILL ON A HUNGER STRIKE. THE COOKS STILL SENT STANLEY SOY BASED MEAT, AND OTHER THINGS PLAINTIFF WAS ALLERGIC TO. STANLEY WROTE TO THE KITCHEN MULTIPUL TIMES WITH NO REPLY BACK. PLAINTIFF THEN WRITES DR STANDISH AGIN (GRIEVANCE ATT) SHE EXPLAINED SHE INCLUDED ANOTHER ORDER.

10. ON MAY 27. 2020 STANLEY REMAINED ON A HUNGER STRIKE PASSING OUT INBETWEEN 4-28— MAY 27, 2020 PLAINTIFF WAS SOUGHT BY MEDICAL DEPUTIES ASKED FOR THE HEALTH OF PLAINTIFF THEY WILL PROVIDE STANLEY DELI TURKEY AND CHEESE, AND WHAT EVER ELSE THEY CAN THEY INSTRUCTED STANLEY JUST TO EAT SOMTHING. STANLEY FINALY ATE. PLAINTIFF WAS STILL BEING SENT SOY MEAT. PLAINTIFF WROTE A GRIEVANCE TO L.T WOODEN

(GRIEVANCE ATT) STANLEY DRAGGED CHARGES OF FISH 2020 WITH PROTIENS DUE TO COVID ATTACKING LOW HEALTH CITIZENS —

11. ON JUNE 4, 2020 STANLEY WENT BACK ON A HUNGERSTRIKE, DUE TO NOTHING NOT CHANGING, AND EVERY DEPUTY WAS NOT PROVIDING STANLEY DELI TURKEY AND CHEESE, STANLEY WROTE TO MEDICAL (GRIEVANCE ATT) PLAINTIFF AT THIS TIME IS 256 POUNDS

12. ON JUNE 10, 2020 STANLEY IS STILL ON A HUNGER STRIKE, DUE TO THE COOKS IN MARTINEZ DETENTION FACILITY IGNORING THAT PLAINTIFF IS ALLERGIC TO SOY MEAT, RICE, EGGS, BEANS, OATS, BALONEY, AND ALMONDS. STANLEY WROTE A GRIEVANCE (GRIEVANCE ATT) EXPLAINING THE REASON STANLEY WAS CURRENTLY ON A HUNGER STRIKE, AND THAT PLAINTIFF WOULD NOT BE DRINKING WATER AS WELL BECAUSE THE KITCHEN DESIDED TO NOT ONLY FEED STANLEY THINGS HE WAS ALLERGIC TO BUT DESIDED TO FEED HIM UNDER CDC GUIDE LINES OF PROTIEN/HIGH PROTIENS AND CALORIES. THE COOKS TOOK AWAY THE SOY MEAT AND REPLACED IT WITH RICE AND 2 SLICES OF SWEET PATATO. EVERYDAY FROM JUNE 5 – JUNE 10. 2020, DEPRIVING STANLEY OF A REGULAR DIET AND PROTIENS AND CALORIES. YET STILL SENDING STANLEY RICE WHICH HE IS ALLERGIC TO.

13. ON JUNE 16, 2020 STANLEY WAS STILL ON A HUNGER STRIKE PASSING OUT TWICE STANLEY WAS STILL BEING SENT BY COOKS THE SAME MEAL EVERYDAY VIOLATING CONTRA COSTA COUNTY INMATE TITLE 15 RULES THAT STATES INMATES WILL BE PROVIDED A VARIETY OF NUTRISHES MEALS (EVEN ALLERGY AND RELIGOUS MEALS) STANLEY WROTE TO DR. STANDISH (GRIEVANCE ATT) AND WAS TOLD DR. STANDISH WAS OUT AND DR. HOLLANDBERRY SAID SHE WOULD INVISTIGATE.

14. ON JUNE 23, 2020 STANLEY WAS NO LONGER ON A HUNGER STRIKE DUE TO MEDICAL CONCEARNS. COOKS WERE STILL SENDING STANLEY THINGS HE WAS ALLERGIC TO. STANLEY RELYED ON COMMISSARY TO SURVIVE INSIDE MARTINEZ DETENTION FACILITY. STANLEY RECIEVED A RESPOND BACK FROM DR STANDISH (COPY ATT) IN SUM SHE PERSONALLY SPOKE TO THE COOKS, AND DISCOVERED EVERY PATTY/MEAT-BASED MEAT WAS SOY BASED. ON JUNE 23, 2020; THE COOKS FINALLY GAVE STANLEY TUNA, FRESH VEGGIES AND FRUIT FOR LUNCH, AND CHICKEN BREAST, POTATOS AND FRESH VEGGIES FOR DINNER.

15. ON JULY 14, 2020 STANLEY WAS TRANSFERED TO WEST COUNTY DETENTION FACILITY. AT MEAL TIME STANLEY PROVIDED DEPUTIES COPIES OF HIS ALLERGIC ALLERGIES. AS WELL AS THE COPY OF DR. STANDISH CONFIRMING COPY OF SPEAKING WITH COOKS IN MARTINEZ DETENTION FACILITY. THE COOKS IN WEST COUNTY PROVIDED

PLAINTIFF STANLEY BEING ALLERGIC TO RICE CAUSED HIM TO WRITE A GRIEVANCE THAT WAS NEVER RESPONDED UPON.

16. ON JULY 16, 2020 STANLEY WENT ON A HUNGER STRIKE DUE TO COOKS NOT ACCOMMENDATING STANLEY'S ALLERGIES. STANLEY HAD NURSES CALL DR. STANDISH TO CONFIRM THAT HE WAS BEING SERVED TUNA, CHICKEN BREAST AND DELI TURKEY BEFOR ARRIVING AT WEST COUNTY DETENTION FACILITY. THE COOKS WERE ASKED TO PROVIDE STANLEY THE SAME MEAL MARTINEZ DETENTION FACILITY PROVIDED STANLEY. DUE TO THE RIGHT AMOUNT OF HIGH PROTIEN AND CALORIES AND NOT RISKING STANLEY HEALTH WITH ANYTHING ELSE. INSTEAD THE COOKS IGNORED THE RECOMMENDATION AND GAVE STANLEY SOY BASED PROTIEN SHAKES EVERY MEAL. A APPLE AND 2 BANANAS FOR BREAKFEST AND RICE PEAS AND CORN FOR DINNER AND LUNCH EVERY SINGLE DAY UNTILL AUGUST 6, 2020.

17. ON AUGUST 6, 2020 STANLEY WAS ON A HUNGER STRIKE FOR 21 DAYS. STANLEY PASSED OUT AND SUFFERED KIDNEY PAIN. DUE TO THE COOKS FEEDING STANLEY FOOD THAT HE WAS ALLERGIC TO. STANLEY WROTE GRIEVANCES TO NURSE VAL. THE COOKS, AND TO THE FACILITY COMMANDER (GRIEVANCES ATT) STANLEY AT THIS TIME WIEGHT WAS 243 POUNDS MEANING PLAINTIFF LOST 19 POUNDS DUE TO BEING ON A HUNGER STRIKE OFF AND ON BECAUSE OF COOKS DISREGARD OF STANLEY HEALTH.

18. On AUGUST 19, 2020 STANLEY STILL ON A HUNGER STRIKE SURVIVING AT THIS TIME OFF OF GATORADE, AND A HEALTH SHAKE OFF OF COMMISSARY. WATER AND VITAMINS CONDUCTED A SIT DOWN/PROTEST. CALLED FOX NEWS (LISA FERNENDEZ) INFORMING THE MEDIA ABOUT STANLEY CONDITIONS INSIDE OF CONTRA COSTA COUNTY JAIL. STANLEY AND ABOUT 21 INMATES REFUSED TO LOCK DOWN. THIS CAUSED FOR SERGEANT, AND FACILITY COMMANDER TO ARRIVE. AFTER SEVERAL INMATES COMPLAIN ABOUT INDIVIDUALLY SEPERATE THINGS STANLEY DESIDED TO ADDRESS THE MATTER AT HAND. PLAINTIFF INFORMED THEM HE FEARED FOR HIS SAFETY DUE TO HIS (HEALTH, AND HIS PHYSICAL SAFETY) L.T HERQIEZE INFORMED PLAINTIFF THAT HE PERSONALLY MAKE SURE SOME CHANGES BE MADE REGUARDING STANLEY'S MEALS.

19. NOVEMBER 26, 2020 STANLEY HAS STILL BEEN PROVIDED THE SAME MEAL EVERYDAY SINCE AUGUST 6, 2020 STILL BEING DEPRIVED HIGH

1 PROTIEN - BEING
2 WAY UNDER 1500 CALORIES AND 54 GRAMS OF PROTIEN STANLEY WROTE
3 MEDICAL EXPLAINING HE IS NO LONGER BUYING COMMISSARY AND
  CONCEARN ABOUT HIS HEALTH DUE TO HIM BEING FORCED TO ONLY
4 SURVIVE OFF FRUITS AND VEGGIES THAT IS ONLY GIVEN TO PLAINTIFF
5 BY OTHER INMATES. MEALS ARE SERVED (9am BREAKFEST) (10am LUNCH)
  AND (4PM DINNER) STANLEY ACKNOWLEDGED MEDICAL AND COOKS
6 ABOUT THESE MATTERS AT THIS TIME PLAINTIFF WIEGHT IS
7 229 POUNDS.
8
9 20. ON DECEMBER 2 2020 PLAINTIFF STANLEY DESIDED TO GO BACK
  ON A HUNGER STRIKE NOT DRINKING ANY FLUIDS AS WELL..... HE
10 ATE HIS LAST MEAL ON THIS DAY WHICH WAS A SMALL AMOUNT
11 OF FOOD AND WATER HE INFORMED MEDICAL HE WANT EAT OR
12 DRINK UNTILL THE COOKS CONSIDER STANLEY PLEA.

13

## V. EXHAUSTION OF LEGAL REMEDIES.

14 21. PLAINTIFF STANLEY USED THE COUNTY JAIL GRIEVANCE PROCEEDURE
15 AVAILABLE AT CONTRA COSTA COUNTY JAIL'S TO TRY AND
  ACKNOWLEDGED THE PROBLEM. AS WELL AS USEN MEDICAL
16 ASSISTANCE, FROM APRIL 8 2020 — DECEMBER 2 2020 AND STILL
17 A CONTINUANCE. PLAINTIFF STANLEY PRESENTED "FACTS" RELATED TO
18 COMPLAINT. ON NO TIME DID PLAINTIFF GET A ACCOMENDATION
19 FROM COOKS UNTILL DR. STANDISH PROVIDED PROFF IN MARTINEZ
20 DETENTION FACILITY. PLAINTIFF HAVE COPYS VERIFYING THAT STANLEY
  EXCERCISED HIS RIGHTS (ALL GRIEVANCES AND ALLERGIC SLIPS AS
21 WELL AS DR. STANDISH COPY ARE ALL ATTACHED)
22

## VI. LEGAL CLAIMS

23
24 22. PLAINTIFF REALLEGE AND INCORPORATE BY REFERANCE
25 PARAGRAPH. 1-21.

26 23. DEFENDANTS CONTRA COSTA COUNTY COOKS FAILED TO REGARD
27 PLAINTIFF HEALTH BY DELIBERATELY SENDING STANLEY FOOD HE
28 IS ALLERGIC TO. THEN PROVIDING PLAINTIFF BELOW 1500 CALORIES
  AND 54 GRAMS OF PROTIEN AND HIGH PROTIEN. PLAINTIFF WROTE
  GRIEVANCES REGARDING HIS HEALTH AND SAFETY AND EACH
  TIME DEFENDANTS FAILED IN COMPARATIVE NEGLIGENCE
  CAUSING PLAINTIFF RISK HIS HEALTH MORE TO GET THE

PAGE 5

ATTENTION TO THE SURGEON FOR NOT SENDING SOY MEAT. RICE. AND SOY PROTIEN SHAKES. ALSO GIVEN PLAINTIFF ONLY A APPLE 2 BANANAS AND A SOY PROTIEN SHAKE, FOR BREAKFEST AND RICE PEAS AND CORN FOR LUNCH AND DINNER REPETIULEY APON DELIBERATE DIFFERENTCES PLAINTIFF WRITTING GRIEVANCES PLAINTIFF FOOD LOOKED AS IF WITH NO CARE PREPARING PLAINTIFF MEAL DEFENDANTS VICARIOUS LIABILITY AND FAILURE OF BREACH DUTY THAT CAUSED PLAINTIFF STANLEY TO BE WITHOUT FOOD THAT ACCOMENDATES HIS ALLERGIES, PASSING OUT A FEW TIMES, KITNEY PAINS, LOST OF IRON FORCING PLAINTIFF TO SURVIVE OFF OF COMMISSARY TO EAT. DEFENDANTS IGNORED THE CONCEARNS OF STANLEY VIOLATING PLAINTIFF RIGHTS UNDER THE EIGHTH AND FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION AND CAUSED PLAINTIFF STANLEY PAIN. SUFFERING. PHYSICAL INJURY, EMOTIONAL DISTRESS AND DENYING PLAINTIFF THE EQUAL PROTECTION OF LAWS.

23. PLAINTIFF STANLEY HAS NO PLAIN. ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS BESIDES THE COPIES ATTACHED. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THE COURT GRANT THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS

## VII. PRAYER FOR RELIEF

WHEREFORE PLAINTIFF RESPECTFULLY PRAY THAT THIS COURT ENTER JUDGMENT:

24. GRANTING PLAINTIFF STANLEY A DECLARATION THAT THE ACTS AND OMMISSIONS DESCRIBED HEREIN VIOLATES HIS RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES AND.

25. A PRELIMINARY AND PERMANET INJUNCTION ORDERING DEFENDANTS CONTRA COSTA COUNTY JAIL COOKS TO CONSIDER INMATES HEALTH AND THERE SAFETY ALSO TO NEVER ALLOW A INMATE TO BE FED THE PLAINTIFF WAS FED. AND

26. GRANTING PLAINTIFF STANLEY COMPENSIATORY DAMAGES IN THE AMOUNT OF $100,000.00 AGINST DEFENDANTS JOINTLY AND SEVERALLY.

27. PLAINTIFF STANLEY SEEKS PUNITIVE DAMAGES IN THE AMOUNT OF $30,000.00 PLAINTIFF SEEKS THESE DAMAGES AGINST DEFENDANTS JOINTLY AND SEVERALLY.

28. PLAINTIFF ALSO SEEK A JURY TRIAL ON ALL ISSUES TRIABLE BY JURRY.

29. PLAINTIFF ALSO SEEK RECOVERY OF HIS COST IN THE AMOUNT OF $3600.00 DUE TO COMMISSARY AND ALSO PLAINTIFF SEEKS RECOVERY OF THE COST IN THIS SUIT AND.

30. ANY ADDITIONAL RELIEF THE COURTS DEEMS JUST PROPER AND EQUITABLE.

DATED: DECEMBER 4, 2020 FRIDAY

RESPECTFULLY SUBMITTED.

RODRIC PETRECE STANLEY JR.

#CCIBK0926

1639 47th AVE

OAKLAND CA 94601

VERIFICATION

I HAVE READ THE FORGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF. AND AS TO THOSE I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PREJURY THAT THE FORGOING IS TRUE AND CORRECT.

EXECUTED AT WEST COUNTY DETENTION FACILITY IN RICHMOND CA, ON DECEMBER 4, 2020

RODRIC PETRECE STANLEY JR.

PAGE 7

BOARD OF SUPERVISORS OF CONTRA COSTA COUNTY
INSTRUCTIONS TO CLAIMANT

A.    A claim relating to a cause of action for death or for injury to person or to personal property
      or growing crops shall be presented not later than six months after the accrual of the cause of
      action.  A claim relating to any other cause of action shall be presented not later than one
      year after the accrual of the cause of action.
      (Gov. Code § 911.2.)

B.    Claims must be files with the Clerk of the Board of Supervisors at its office in Room 106,
      County Administration Building, 651 Pine Street, Martinez CA 94553.

C.    If claim is against a district governed by the Board of Supervisors, rather than the County, the
      name of the District should be filed in.

D.    If the claim is against more than one public entity, separate claims must be filed against each
      public entity.

E.    Fraud- See penalty or fraudulent claims, Penal Code Sec. 72 at the end of this form.

------------------------------------------------------------------------------------------

RE:   Claim By: RODRIC PETRECE
                STANLEY Jr.                )          Reserved for Clerk's filing stamp
_____            )
                                           )
                                           )
Against the County of Contra Costa or      )
(MDF) (WCDF) Cook's              District)  )
(Fill in the name)                         )
Martinez Detention Facility      Cooks     )
West County Detention Facility             )

The undersigned claimant hereby makes claim against the County of Contra Costa or the above-named
district in the sum of $ 30,000   and in support of the claim represents as follows:

1.    When did the damage or injury occur? (Give exact date and hour)
      April 20, 2020 12:54pm —

2.    Where did the damage or injury occur? (Include city and county)
      Martinez Detention Facility County Jail, Martinez (Contra Costa County) West County Detention County Jail Richmond

3.    How did the damage or injury occur? (Give full details; use extra paper if required)
      I was deprived high protiens : given corn, lettus : carrots, everyday, also
      given something im allergic to Causing Nausea, hives, swelling : Vomiting

4.    What particular act or omission on the part of county or district officers, servants or employees
      caused the damage or injury? Ignoring my acknowledging of the Matter, I was denyed
      a right, also : I went on a hunger strike : was not checked apon by
      any sergent or nurse for 8 days : given etc a food im allergic to Causing
      inpuntive punishment

5.    What are the names of county or district officers, servants or employees causing the damage or
      injury? Martinez County Jail, West County Detention facility,
      every Cook in Martinez county Jail : Sergeant Haze, Perish : Murphy

6.    What damage or injuries do you claim resulted? (Give full extent of injuries or damages
      claimed.  Attach two estimates for auto damage.) I was Starved by being given corn, letuce
      : peas for a meal, i was given a food im clearly allergic to : suffered
      with hives, swelling, nausea, : vomiting, forced to be hungry for 19 days

7. How was the amount claimed above computed? (Include the estimated amount of any prospective damage or injury.) The Pain & Suffering, the punitive punishment, the depriving of my rights.

8. Names and addresses of witnesses, doctors and hospitals:
Dr. Jessica C Standish, 2500 Alhambra ave Martinez Ca, 94553
Nurse Val 5555 Giant View Richmond Ca, 94806

9. List the expenditures you made on account of the accident or injury:

DATE                    TIME                    AMOUNT

--------------------------------------------------------------------

) Gov. Code Sec. 9110.2 provides "The claim shall be
) signed by the claimant or by some person on his behalf.
)
SEND NOTICES TO: (Attorney)         )
Name and address of Attorney         )
)
)_____
)         (Claimant's Signature)
) 1639 47th ave   Oakland Ca 94601
)                (Address)
)
)_____
)
Telephone No. _____ ) Telephone No. (510) 961·9308

--------------------------------------------------------------------

## PUBLIC RECORDS NOTICE:

Please be advised that this claim form, or any claim filed with the County under the Tort Claims Act is subject to public disclosure under the California Public Records Act. (Gov. Code §§ 6500 et seq.) Furthermore, any attachments, addendums, or supplements attached to the claim form, including medical records, are also subject to public disclosure.

--------------------------------------------------------------------

## NOTICE:

*Section 72 of the Penal Code provides:*

Every person who, with intent to defraud, presents for allowance or for payment to any state board or officer, or to any county, city or district board or officer, authorized to allow or pay the same if genuine, any false or fraudulent claim, bill, account voucher, or writing, is punishable either by imprisonment in the County jail for a period of not more than one year, by a fine of not exceeding one thousand dollars ($1000.00), or by both such imprisonment and fine, or by imprisonment in the state prison, by a fine of not exceeding ten thousand dollars ($10,000.000, or by both such imprisonment and fine.

RODRIC PETRECE STANLEY JR.

PLAINTIFF,

- V -

WEST COUNTY DETENTION FACILITY
CLASSIFICATION OFFICERS JONES, AND
LUJAUN;
SERGEANT BURNS, SERGEANT
HAYES AND SERGEANT ELLIS

DEFENDANTS.

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF CALIFORNIA

COMPLAINT

**FILED**

JAN 22 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

## I. JURISDICTION AND VENUE

1. THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (A)(3). PLAINTIFF STANLEY SEEKS DECLARATORY RELIEF PURSUANT TO 28. U.S.C. SECTION 2201 AND 2202. PLAINTIFF STANLEY CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 AND 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

2. THE NORTHERN DISTRIC OF CALIFORNIA IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391 (B) (2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

## II. PLAINTIFF

3. PLAINTIFF RODRIC PETRECE STANLEY JR. IS AND WAS AT ALL TIMES MENTIONED HEREIN A INMATE AT CONTRA COSTA COUNTY DETENTION FACILITY IN CUSTODY OF BOTH MARTINEZ DETENTION FACILITY AND WEST COUNTY DETENTION FACILITY. HE IS CURRENTLY CONFINED IN WEST COUNTY DETENTION FACILITY.

### III. DEFENDANTS

4. DEFENDANT LUJUAN IS A ASSIGNED CLASSIFICATION OFFICER FOR WEST COUNTY DETENTION FACILITY. HE IS LEGALLY RESPONSIBLE FOR THE HOUSING OF PROTECTED CUSTODY INMATES.

5. DEFENDANT. JONES IS A ASSIGNED CLASSIFICATION OFFICER FOR WEST WEST COUNTY DETENTION FACILITY. HE IS LEGALLY RESPONSIBLE FOR THE HOUSING OF PROTECTED CUSTODY INMATES.

6. DEFENDANT BURNS IS A ASSIGNED SERGEANT FOR WEST COUNTY DETENTION FACILITY HE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF WEST COUNTY DETENTION FACILITY AND FOR THE WELFARE OF ALL THE INMATES AND DEPUTIES SAFETY OF THE FACILITY.

7. DEFENDANT HAYES IS A ASSIGNED SERGEANT FOR WEST COUNTY DETENTION FACILITY. HE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF WEST COUNTY DETENTION FACILITY AND FOR THE WELFARE OF ALL THE INMATES AND DEPUTIES SAFETY OF THE FACILITY.

8. DEFENDANT ELLIS IS A ASSIGNED SERGEANT FOR WEST COUNTY DETENTION FACILITY. HE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF WEST COUNTY DETENTION FACILITY AND FOR THE WELFARE OF ALL THE INMATES AND DEPUTIES SAFETY OF THE FACILITY.

9. EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER COLOR OF STATE LAW.

### IV. FACTS

10. ON AUGUST 19 2020 PLAINTIFF STANLEY CONDUCTED A SIT DOWN (PROTEST) PERTAINING A NUMBER OF HEALTH AND SAFETY ISSUES ONE PERTAINING A ISSUE (BEING LEGALLY ADDRESSED AS WELL IN CIVIAL SUIT) BEING FED FOOD STANLEY IS CLEARLY ALLERGIC TO, AND BEING IGNORED FROM SERGEANT. BURNS, HAYES AND ELLIS AFTER FILING MORE THAN 3 GRIEVANCE ABOUT FEARING FOR SAFETY AND HEALTH. STANLEY FEARING FOR OTHER THINGS CALLED FOX NEWS LETTING THE MEDIA KNOW JUST IN CASE SOMTHING HAPPEN.

11. ABOUT 18 INMATES WERE OUTSIDE WHEN MULTIPUL DEPUTIES CAME OUTSIDE DEMANDING INMATES TO RETURN TO THERE CELLS. SERGEANT BURNS AND HAYES COMMANDED THAT IF THEY DID NOT RETURN THEY WOULD USE FORCE. WITHOUT TRYING TO FIGURE OUT WHY THE PROTEST

WAS BEING CONDUCTED, ALMOST EVERY INMATE HAD DIFFERENT THINGS THEY WANTED TO ADDRESS BASED ON NO ONE SEEMED TO GET ANY RESPONSE FROM THERE GRIEVANCES. STANLEY DESIDED TO SPEAK OUT ABOUT THE ISSUE AT HAND "STANLEY STATED THAT HE FEAR FOR HIS SAFETY AND HIS HEALTH." SERGEANT BURNS STATED THAT THERES NOTHEN HE CAN DO.

12. ON AUGUST 20, 2020 PLAINTIFF STANLEY NOTICED THAT THERE'S 4 INMATES FOUND GUILTY WITH DIFFERENT SENTENCING, BUT ALL FOUR OF THE INMATES WERE SENTENCED TO LIFE ONE INMATE WAS SENTENCED TO 3 LIFE SENTENCES. THERE WAS EX GANG MEMBERS AND HIGHLY VIOLENT INMATES

13. STANLEY REALIZED MOST OF ALL THE INMATES WERE VIOLENT. AND THAT MOST WERE WAITING FOR THERE TRANSFER TO PRISON. DUE TO COVID 19 CDC WAS NOT ACCEPTING PRISONERS. SO MULTIPUL INMATES WERE WAITING

14. STANLEY FEARING FOR HIS SAFETY WROTE A REQUEST SLIP ASKING CLASSIFICATION CAN HE BE REHOUSED BASED ON THE CIRCUMSTANCES "THERE WAS NO RESPOND BACK AT ALL". CAUSING STANLEY TO BE CONCEARN

15. ON AUGUST 29, A INMATE AWAITING TRIAL FOR MURDER BOAST ON HOW HE WAS ABOUT TO ASSUALT PLAINTIFF TO SOME OTHER INMATES, STANLEY UNAWARE OF THESE ALLEGATIONS WAS ON THE PHONE.

16. AT ABOUT 9:28PM THE INMATE BLIND SIDED PLAINTIFF STANLEY FRACTURERING STANLEY NOSE AND DAMAGES TO HIS LEFT EYE CAUSING PERNEMENT REDNESS AND SENSITIVITIE TO LIGHT. PLAINTIFF WAS PEPPER SPRAYED AND ALSO SENT TO THE HOSPITAL.

17. ON AUGUST 30 STANLEY WAS DISCHARGED AND BROUGHT BACK TO WEST COUNTY DETENTION FACILITY BACK TO THE BUILDING HE WAS ASSUALTED AT, WHICH IS LOCKDOWN BUILDING 4. CONCEARN OF THIS THING BECAUSE OF THE DISFIGUREMENT OF HIS FACE AND LACK OF SAFETY HE REQUEST TO TALK TO THE CLASSIFICATION OFFICER, THE RESPONSE BACK WAS "I ALREADY TALK TO HIM REFERING TO STANLEY. WHEN HE WAS BACK INSIDE HIS CELL STANLEY NOTICED A "KITE" (A PIECE OF PAPPER OR NOTE WITH WRITTING) THAT EXPLAINED THAT "THEY WAS GONE KILL STANLEY AND STAB HIM AND IT WASENT OVER". STANLEY FELT BECAUSE HIS PLEA FOR A REHOUSING FELL ON DEAF EAR WITH SERGEANT'S AND CLASSIFICATION HE WOULD CONTACT PRISON LAW OFFICE AND HIS LAWYER.

18. ON SEPTEMBER 1 2020 JONES CAME INSIDE BUILDING 4 AND WAS TALKING TO ANOTHER INMATE STANLEY DESIDED TO WRITE A GRIEVANCE REGARDING

THE HOLDING, JONES TOOK THIS GRIEVANCE AND TOLD STANLEY HE WAS PROPERLY HOUSED. STANLEY DISAGREED EXPLAINING HE FEARED FOR HIS SAFETY. JONES LEFT WITHOUT GIVEN PLAINTIFF A COPY OF THE GRIEVANCE.

19. STANLEY WROTE ANOTHER GRIEVANCE ACKNOWLEDGING THE FACT HE HE DIDENT GET A COPY OF THE LAST GRIEVANCE AND ABOUT HIM BEING NOT TAKEN SERIOUS ABOUT HIS SAFETY.

20. ON SEPTEMBER 30 2020 PLAINTIFF STANLEY RECIEVED ANOTHER KITE STATING THAT HE WAS GONE DIE THEY SAW STANLEY TALKING TO CLASSIFICATION. AND NO MATTER WERE STANLEY BE MOVED HE HAD A DEATH SENTENCED AND HE WAS GONE GET TOUCHED.

21. STANLEY TOLD THE FLOOR OFFICER HE FEAR FOR HIS SAFETY AROUND 1PM THE OFFICER CONFINED STANLEY INSIDE HIS CELL STATING HE HAD TO KEEP HIM STANLEY LOCKED DOWN UNTIL CLASSIFICATION COME AND TALK TO HIM. CLASSIFICATION NEVER CAME AND TALK TO STANLEY LEAVING HIM LOCKED INSIDE HIS CELL WITH NO ACCESS TO A SHOWER OR PHONE.

22. ON OCTOBER 1 2020 JONES CAME AND GAVE STANLEY A OPTION TO EITHER REMAIN HOUSED IN BUILDING 4 OR RECLASS HIMSELF AND GO TO GENERAL POPULATION. STANLEY NO FROM PRIOR STORY'S ABOUT INMATES WITH CHARGES THAT ARE SEX CHARGES STAND NO CHANCE ON GENERAL POPULATION. INMATES WITH CHARGES TEND TO GET JUMPED, STABBED, RAPED, OR DIE. DUE TO THESE OPTIONS STANLEY FELT THAT JONES WAS MALICOUSLY TRYING TO HAVE STANLEY HARMED AND EXPLAIND THAT HE AGIN FEAR FOR HIS SAFETY. JONES STATED HE WILL NOT HOUSE HIM TO ANOTHER BUILDING.

23. ON OCTOBER 11, 2020 STANLEY WAS LEAVING THE NURSE SEEING LUWAN HE ASKED HIM CAN HE HAVE A MOMENT OF HIS TIME. LUWAN DISMISSED STANLEY BY WAVING STANLEY OFF SAYING "IM DONE TALKIN TO YOU. STANLEY THEN ASK "HOW IS IT NOBODY WHO IS ASSIGNED TO HOUSE HIM CONCEARN ABOUT HIS SAFETY". LUWAN STATED THAT BECAUSE "YOU ARE SUEING ME I AM NOT HOUSING YOU ANYWHERE UNLESS YOU WILLING TO GO TO GENERAL POPULATION IM NOT MOVING YOU ANY WERE ELSE". STANLEY BROUGHT UP THE FACT THAT HE WAS MANIPULATED BY BEING HOUSED INTO BUILDING 4 AND THAT HE WAS AROUND VIOLENT INMATES AND THAT HE HAD NO VIOLENT BACKGROUND BEING INCARCERATED 2 YEARS WITH NO FIGHTS

STANLEY ASKED WHY WAS HE NOT HOUSED ON A NON-LOCKED DOWN HOUSING UNIT LUJUAN AGIN STATED HE IS NOT MOVING STANLEY AND STATED HE WAS DONE TALKING.

24. ON OCTOBER 20. 2020 PLAINTIFF STANLEY WAS TOLD BY A INMATE WHO HE SOCIALIZE WITH TOLD HIM THAT TWO INMATES WE'RE TALKING ABOUT STABBING STANLEY BECAUSE OF HIS CHARGES. INMATE STANLEY ASK WHO IT WAS AND THE INMATE SAID IT WAS A SHORT DUDE AND HE ALWAYS FIGHTING. DUE TO STANLEY NOT AWARE OF WHO IT WAS. STANLEY KEPT CLOSE TO A AREA WERE NO ONE CAN GET BEHIND HIM

25. DUE TO THE FAILURE OF LUJUAN BREACH OF DUTY A EMPLOYEE OF ☺ RESPONDEAT SUPERIOR SERGENTS WHO FAILED PLAINTIFF STANLEY WITH VICARIOUS LIABILITY BY JONES. STANLEY WAS SUFFERING FROM NEGLIGENT ENTRUSTMENT, HIS SAFETY WAS JEPORDIZED WITH NO PROMISE OF PROTECTION ALTHOUGH HOUSED IN PROTECTIVE CUSTODY.

26. DEPUTIES INSTRUCTED ALL INMATES TO GO TO THE COURTYARD FOR ANOTHER INMATE WHO IS ALSO IN FEAR FOR HIS SAFETY ALL 20+ INMATES WERE OUTSIDE INCLUDING STANLEY. THE DOOR WAS LOCKED TO THE COURT. YARD

27. PLAINTIFF WAS POSITIONED ON THE WALL KEEPING HIS EYES OPEN FOR THE DESCRIPTION HE WAS NOTIFYED ON. WHEN HE TURNED HIS HEAD HE WAS AGIN ATTACKED BEING BLIND SIDED BY A SHORT DUDE. STANLEY WAS CUT WITH A OBJECT UNDER HIS LEFT EAR AND HAD SWELLING ON HIS JAW.

28. STANLEY ASKED CAN HE TALK TO CLASSIFICATION OR A SERGEANT BUT WAS TOLD THEY WERE RESPONDING TO ANOTHER ISSUE. JONES CAME AND TALKED WITH STANLEY AND STANLEY AGIN ADDRESSED HIS SAFETY AND HIS HOUSING. STANLEY SHOWED JONES THE "KITES" AND JONES ASKED FOR THEM STANLEY REFUSED INSTEAD LET JONES COPY THEM BECAUSE STANLEY FELT IF HE GAVE THEM TO JONES HE WOULD NOT SEE THEM AGIN. HE TOLD JONES HE IS GIVING THEM TO HIS LAWYER. JONES EXPLAINED TO STANLEY THAT IS NOT MOVING HIM BUT HE NEEDED STANLEY TO REMAINED INSIDE HIS CELL UNTILL THEY FIGURE OUT WHO WROTE THE "KITES" STANLEY REFUSED TELLING JONES ITS UNFAIR AND HE WOULD BE KEPT IN HIS CELL DEPRESSED AND SUFFERING ANXIETY UNTILL THE INVESTIGATE SOMTHING THAT WAS CLEAR HIS SAFETY WAS AT RISK. SERGEANT HAYES AND DEPUTIES ARRIVED IN BUILDING 4 IN

AGE
5

RESPONSE OF HIM. REFUSING TO LOCK DOWN, DEMANDING TO TALK TO A
SERGEANT. SERGEANT HAYES DISCREDITED STANLEY PLEA FOR HIS SAFETY
INSTEAD SAID IF YOU WANT LOCKDOWN YOU WILL BE BY FORCE.
STANLEY DONT PUT YOUR HANDS ON ME SERGEANT HAYES DIRECTED
THE DEPUTIES TO OBEY HIS ORDERS AND STANLEY WAS FORCED OUT OF
HIS CHAIR BEING HARMED BY A DEPUTY WHO USE UNNESSESARY
FORCE. STANLEY WAS ESCORTED TO INTAKE WITH FULL COMPLIENCE

29. STANLEY WAS ESCORTED TO MARTINEZ DETENTION FACILITY
    WITH A INCIDENT REPORT PLACED IN D: MODUEL (THE HOLE)
    BEING FOUND GUILTY.

30. ON OCTOBER 30 2020 STANLEY WAS ESCORTED BACK TO
    WEST COUNTY DETENTION FACILITY WHILE "INTAKE STANLEY ASKED
    WERE WAS HE BEING HOUSED. HE WAS TOLD BACK TO
    4 BUILDING. STANLEY SAID HE IS NOT GOEN BACK TO 4 BUILDING
    BECAUSE OF HIM FEARING HIS SAFETY. SERGEANT ELLIS
    TOLD DEPUTIES TO SEND HIM BACK TO D. MODUEL.
    STANLEY; JUST TO BE CLEAR ASKED "SO AFTER PROVIDING
    CLASSIFICATION "KITES" VERIFYING BEFOR A 2ND ASSUALT
    AND AFTER BEING ATTACKED TWICE, AND AFTER
    TELLING YOU I FEAR FOR MY SAFETY. YOU SENDING ME
    BACK TO A DISIPLINARY UNIT. WITH A INCIDENT REPORT AS
    IF IM DOEN SOMTHING WRONG" SERGEANT ELLIS REPLYED
    "IM DONE PLAYING GAMES" AND HAD DEPUTIES HANDCUFF
    STANLEY, AND ESCORTING HIM BACK TO MARTINEZ DETENTION
    FACILITY D. MODUEL

## V. EXHAUSTION OF LEGAL REMEDIES

31. PLAINTIFF STANLEY USED THE COUNTY JAIL GRIEVANCE PROCEDURE
    AVAILABLE AT WEST COUNTY DETENTION FACILITY TO TRY AND
    ACKNOWLEDGE THE PROBLEM ON AUGUST 13 2020. SEPTEMBER 1 2020,
    AND SEPTEMBER 30, 2020 PLAINTIFF STANLEY PRESENTED FACTS
    RELATED TO COMPLAINT. ON NO TIME DID PLAINTIFF GET A RESPOND
    BACK FROM CLASSIFICATION OR SERGENTS BUT ONLY HAVE COPY'S
    VERIFYING PLAINTIFF STANLEY DID EXCERCISE HIS RIGHTS STANLEY'S
    "KITES" AND GRIEVANCE'S ARE ATTACHED.

## VI. LEGAL CLAIMS

32. PLAINTIFF REAllEGE AND INCORPORATE BY REFERENCE PARAGRAPH 1-33.

33. DEFENDANT BURNS FAILED TO REGARD PLAINTIFF CONCEARN OF HIS SAFETY HIS PART AS IN COMPARATIVE NEGLIGENCE, NOT PREVENTING A SAFETY ISSUE THAT CAUSED A CHAIN OF EVENTS. DEFENDANT BURNS IGNORED GRIEVANCE'S WROTE BY PLAINTIFF AND FAILED TO RESPOND BACK DEFENDANT BURNS ACTIONS VIOLATED PLAINTIFF STANLEY RIGHTS UNDER THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION, AND CAUSED PLAINTIFF STANLEY PAIN, SUFFERING, PHYSICAL INJURY, EMTIONAL DISTRESS. AND P.T.S.D

34. DEFENDANT JONES DELIBERATELY IGNORED THE PLEA PLAINTIFF STANLEY ADDRESSED OF HIS SAFETY. BY FILING A GRIEVANCE STANLEY PRACTIED THE PROCEDURES OF CONTRA COSTA COUNTY INMATE GRIEVANCE JONES NEVER RESPONDANT BACK. JONES MALICOUS INTENT GIVING STANLEY A OPTION TO RECLASS TO GENERAL POPULATION AWARE WITH HIS TRAINING AND EXPERENCE THAT INMATES WITH SEX CHARGES ARE POSED A LIABILITY IS PRONE TO BE ASSVALTED. JONES VICARIOUS LIABILITY AND FAILURE OF BREACH OF DUTY. THAT CAUSED PLAINTIFF TO BE ASSUALTED NOT ONCE BUT TWICE. AWARE OF STANLEY FEAR AND CONCEARN MALICOUSLY IGNORED THE CONCEARN VIOLATES PLAINTIFF STANLEY RIGHTS UNDER THE EIGHTH AND FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION, AND CAUSED PLAINTIFF STANLEY PAIN, SUFFERING, PHYSICAL INJURY, EMOTIONAL DISTRESS AND DENYING OF THE EQUAL PROTECTION OF LAWS.

35. DEFENDANT LUJUAN DELIBERATELY IGNORED THE PLEA PLAINTIFF STANLEY ADDRESSED OF SAFETY AND CONCEARNS. PLAINTIFF STANLEY WAS TOLD WITH DELIBERATE DIFFRENTCES THAT BECAUSE STANLEY WOULD SUE DEFENDANT HE WOULD NOT MOVE STANLEY DESPITE STANLEY ADDRESSING HIS CONCEARNS LUJAUN MALICOUS INTENT GIVING STANLEY A OPTION TO RECLASS TO GENERAL POPULATION AWARE WITH HIS TRAINING AND EXPERIENCE THAT INMATES WITH SEX CHARGES ARE POSED AS A LIABILITY AND IS PRONE TO BE ASSVALTED. LUJUAN VICARIOUS LIABILITY'S AND FAILURE OF BREACH OF DUTY THAT CAUSED PLAINTIFF STANLEY TO BE ASSUALTED NOT ONCE BUT TWICE, AWARE OF STANLEY FEAR AND CONCEARNS, MALICOUS IGNORED THE CONCEARNS OF STANLEY VIOLATES PLAINTIFF STANLEY RIGHT UNDER THE EIGHTH AND FOURTEENTH AMENDMENT TO THE UNITED STATES

CONSTITUTION AND CAUSED PLAINTIFF STANLEY PAIN, SUFFERING, PHYSICAL INJURY, EMOTIONAL DISTRESS AND DENYING PLAINTIFF STANLEY THE EQUAL PROTECTION OF LAWS.

36. DEFENDANT HAYES DISREGARDED STANLEY PLEA FOR HIS SAFETY BY IGNORING HIS REQUEST TO BE PROPERLY HOUSED. DEFENDANT RESPOND TO ANY OF THE GRIEVANCE BUT DELIBERATELY IGNORED PLAINTIFF STANLEY AS A RESPONDEAT SUPERIOR SERGENT WHO FAILED PLAINTIFF VIOLATES PLAINTIFF STANLEY RIGHTS UNDER EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION, AND CAUSED PLAINTIFF STANLEY PAIN, SUFFERING AND EMOTIONAL DISTRESS.

37. DEFENDANT ELLIS DELIBERATELY IGNORED PLAINTIFF STANLEY WITH MILIGOUS INTENT PLANED TO ASSIGNED STANLEY BACK TO BUILDING 4 WERE STANLEY WAS ATTACKED TWICE, AS A RESPONDEAT SUPERIOR SERGEANT WHO FAILED PLAINTIFF VIOLATES PLAINTIFF STANLEYS RIGHTS UNDER EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION AND CAUSED PLAINTIFF STANLEY PAIN, SUFFERING AND EMOTIONAL DISTRESS.

38. BY DEFENDANT LUJUAN STATING BECAUSE OF PLAINTIFF STANLEY SUEING HIM HE WILL NOT MOVE STANLEY RETALIATING AGINST PLAINTIFF UNLAWFULLY, IN VIOLATION OF PLAINTIFF STANLEY FIRST AMENDMENT TO THE UNITED STATES CONSTITUTION THESE ACTIONS ALSO ILLEGAL CAUSED PLAINTIFF STANLEY INJURY TO HIS FIRST AMENDMENT RIGHT.

39. PLAINTIFF STANLEY HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS BESIDE VIDEO CAMERA THAT PLAINTIFF HAS NO ACCESS TO DESCRIBE HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THE COURTS GRANT THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS.

## VII. PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY PRAY THAT THIS COURT ENTER JUDGMENT:

40. GRANTING PLAINTIFF STANLEY A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATES HIS RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES. AND

41. A PRELIMINARY AND PERMANET INJUNCTION ORDERING DEFENDANTS BURNS, JONES, LUJUAN, ELLIS AND HAYES STOP DISREGARDING THE SAFETY OF OTHERS, AND NOT CONTINUE ALLOW OTHER INMATES TO FEAR FOR THERE SAFETY AND NOT DO ANYTHING, AND

42. GRANTING PLAINTIFF STANLEY COMPENSATORY DAMAGES IN THE AMOUN

OF $175,000 AGINST EACH DEFENDANT. JOINTLY AND SEVERALLY.

43. PLAINTIFF STANLEY SEEKS PUNITIVE DAMAGES IN THE AMOUNT OF $175,000.00 PLAINTIFF SEEKS THESE DAMAGES AGINST EACH DEFENDANT. JOINTLY AND SEVERALLY.

44. PLAINTIFF AISO SEEK A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

45. PLAINTIFF ALSO SEEK RECOVERY OF HIS COSTS IN THIS SUIT. AND.

46. ANY ADDITIONAL RELIEF THE COURTS DEEMS JUST PROPER AND EQUITABLE.

DATED:

RESPECTFULLY SUBMITTED,

RODRIC PETRECE STANLEY JR.

#CC18K0926

VERIFICATION

I HAVE READ THE FORGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF. AND AS TO THOSE. I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

EXECUTED AT RICHMOND CALIFORNIA ON

RODRIC PETRECE STANLEY JR.

BOARD OF SUPERVISORS OF CONTRA COSTA COUNTY
**INSTRUCTIONS TO CLAIMANT**

A. A claim relating to a cause of action for death or for injury to person or to personal property or growing crops shall be presented not later than six months after the accrual of the cause of action. A claim relating to any other cause of action shall be presented not later than one year after the accrual of the cause of action.
(Gov. Code § 911.2.)

B. Claims must be files with the Clerk of the Board of Supervisors at its office in Room 106, County Administration Building, 651 Pine Street, Martinez CA 94553.

C. If claim is against a district governed by the Board of Supervisors, rather than the County, the name of the District should be filed in.

D. If the claim is against more than one public entity, separate claims must be filed against each public entity.

E. Fraud- See penalty or fraudulent claims, Penal Code Sec. 72 at the end of this form.

----------------------------------------------------------------------

RE:   Claim By: **RODRIC P. STANLEY Jr**   Reserved for Clerk's filing stamp

_____ )
                        )
_____ )
Against the County of Contra Costa or )
                        )
**WEST COUNTY DETENTION FACILITY** District)
(Fill in the name)      )
                        )
**Classification & Sergeant's** )

The undersigned claimant hereby makes claim against the County of Contra Costa or the above-named district in the sum of $ **175,000.00** and in support of the claim represents as follows:

1. When did the damage or injury occur? (Give exact date and hour)
   **August 29, 2020 Saturday 9:28 pm**

2. Where did the damage or injury occur? (Include city and county)
   **West County Detention Facility, Richmond Contra Costa County**

3. How did the damage or injury occur? (Give full details; use extra paper if required)
   **Being assaulted by a high risk inmate while i talked on the phone (See Papper attached)**

4. What particular act or omission on the part of county or district officers, servants or employees caused the damage or injury? **Housing me in a building were high risk inmates who are sentence to Life in prison, jepardizing my person after being addressed multipul times. Classification & Sergeants failed to Properly house me**

5. What are the names of county or district officers, servants or employees causing the damage or injury? **Sergeant Burns, Classification Jones & Luwen**

6. What damage or injuries do you claim resulted? (Give full extent of injuries or damages claimed. Attach two estimates for auto damage.) **My eye was infected, Causing me to only be able to see out of my right eye, My nose was fractured, & a cut in the middle of my nose, My face was disfigured.**

7. How was the amount claimed above computed? (Include the estimated amount of any prospective damage or injury.) Pain & Suffering, anguish, mental abuse, P.T.S.D disfigurment of my eye & nose (face) hospital bill

8. Names and addresses of witnesses, doctors and hospitals: 5555 Giant highway richmond Ca, Nurse Rose Michael H. Nguyen. M.D 2500 Alhambra, Martinez Ca, 94553

9. List the expenditures you made on account of the accident or injury:

| DATE | TIME | AMOUNT |
|------|------|--------|
|      |      |        |

-----------------------------------------------------------------

SEND NOTICES TO: (Attorney)
Name and address of Attorney

) Gov. Code Sec. 9110.2 provides "The claim shall be
) signed by the claimant or by some person on his behalf.
)
)
)
)  _____
)        (Claimant's Signature)
)
) 1639 47th ave  Oakland Ca 94601
)        (Address)
)
)  _____
)
Telephone No. _____ ) Telephone No. (510) 961-9308

-----------------------------------------------------------------

## PUBLIC RECORDS NOTICE:

Please be advised that this claim form, or any claim filed with the County under the Tort Claims Act is subject to public disclosure under the California Public Records Act. (Gov. Code §§ 6500 et seq.) Furthermore, any attachments, addendums, or supplements attached to the claim form, including medical records, are also subject to public disclosure.

-----------------------------------------------------------------

## NOTICE:

*Section 72 of the Penal Code provides:*

Every person who, with intent to defraud, presents for allowance or for payment to any state board or officer, or to any county, city or district board or officer, authorized to allow or pay the same if genuine, any false or fraudulent claim, bill, account voucher, or writing, is punishable either by imprisonment in the County jail for a period of not more than one year, by a fine of not exceeding one thousand dollars ($1000.00), or by both such imprisonment and fine, or by imprisonment in the state prison, by a fine of not exceeding ten thousand dollars ($10,000.000, or by both such imprisonment and fine.

#3 How did the damage or injury occur? I brought to Classification attention that My person was in danger. nothen happen when addessed, on August 29 2020 i was assualted i Was upstairs in building 4 talking on the phone when a inmate punched me striking my eye & causing the phone in my hand to strike my nose fracturing the left part of the bridge of my nose i alone was pepper sprayed in the same eye i was assualted by the inmate.